**J. Jackson Brannon III, OSB #183143**
jbrannon@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Phone: (503) 228-7967
Fax: (503) 222-7261

**Paul K. Friedrich, OSB #171695**
pfriedrich@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101
Phone: (206) 628-6600
Fax: (206) 628-6611

*Attorneys for Plaintiff Platte River Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>NELLY AKEMI YAMAKAWA, an individual; MICHAEL STEPHEN STARNES, an individual; ROGUE VALLEY MANOR, an Oregon nonprofit corporation; NORTHWEST ADVENTIST FEDERAL CREDIT UNION, an Oregon credit union; MAGNUM DRYWALL, INC., a California corporation; DENNIS M. HILLS, an individual; JESSE MECHAM, an individual; STACEY MECHAM, an individual; VEROS CREDIT, LLC, a Nevada limited liability company; LOBEL FINANCIAL CORPORATION, a California corporation; DAWN HARRISON, an individual; JOHN | Case No.<br><br>**COMPLAINT**<br>**(Interpleader [28 U.S.C. § 1335])** |

Page 1   COMPLAINT

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

7769199.1

HARRISON, an individual; INSPIRED CONNECTIONS TRANSPORT, LLC, an Oregon limited liability company; OREGON COMMUNITY CREDIT UNION, an Oregon credit union; FRANCIS GARY PALMER, an individual; CAROL MARIE PALMER, an individual; and OREGON STATE CREDIT UNION, an Oregon credit union.

        Defendants.

For its Complaint, Plaintiff Platte River Insurance Company ("Platte River") alleges as follows:

## JURISDICTION AND VENUE

1. Jurisdiction is proper in this Court under 28 U.S.C. § 1335 because there are two or more adverse claimants, of diverse citizenship, claiming to be entitled to a fund of $500 or more.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1397 because one or more of the claimants reside in this judicial district.

## PARTIES

3. Platte River is a Nebraska corporation with its principal place of business in Middleton, Wisconsin, and is qualified and authorized to post surety bonds and transact business in the State of Oregon.

4. Upon information and belief, defendant Rogue Valley Manor ("Rogue Valley") is, and at all relevant times was, an Oregon nonprofit corporation with its principal place of business in Jackson County, Oregon.

5. Upon information and belief, defendant Northwest Adventist Federal Credit Union ("Northwest Adventist") is, and at all relevant times was, a federally charted credit union with its principal places of business in Multnomah County, Oregon.

Page 2   COMPLAINT

7769199.1

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

6. Upon information and belief, defendant Oregon Community Credit Union ("OCCU") is, and at all relevant times was, a federally charted credit union with its principal places of business in Lane County, Oregon.

7. Upon information and belief, defendant Magnum Drywall, Inc. ("Magnum Drywall") is, and at all relevant times was, a California stock corporation with its principal place of business in Orange County, California.

8. Upon information and belief, defendant Veros Credit, LLC ("Veros Credit") is, and at all relevant times was, a Nevada limited liability company with its principal place of business in Orange County, California.

9. Upon information and belief, defendant Lobel Financial Corporation ("Lobel Financial") is, and at all relevant times was, a California stock corporation with its principal place of business in Orange County, California.

10. Upon information and belief, defendant Inspired Connections Transport, LLC ("Inspired Connections") is, and at all relevant times was, an Oregon limited liability company with its principal place of business in Marion County, Oregon.

11. Upon information and belief, defendant Oregon State Credit Union ("OSCU") is, and at all relevant times was, a federally chartered credit union with its principal place of business in Benton County, Oregon.

12. Upon information and belief, defendants Nelly Akemi Yamakawa ("Yamakawa"), Michael Steven Starnes ("Starnes"), Dennis M. Hills ("Hills"), Jesse and Stacey Mecham (collectively the "Mechams"), and Francis Gary Palmer and Carol Marie Palmer ("collectively the "Palmers") are, and at all relevant times were, individual citizens and residents of the State of Oregon.

Page 3     COMPLAINT

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

7769199.1

13. Upon information and belief, defendants Dawn and John Harrison (collectively the "Harrisons") are, and at all relevant times were, individual citizens and residents of the State of Washington.

14. Collectively, the defendants identified in paragraphs 4 through 13 are referred to herein as "Claimants."

## CLAIM FOR RELIEF

### (Interpleader – Against Claimants)

15. R&J Mobility Service, LLC ("R&J Mobility") is, and at all relevant times was, an Oregon automobile dealer. At all materials times, R&J Mobility was in the business of selling new and used mobility vehicles and accessory equipment out of premises located at 200 Hawthorne Ave SE, Ste F650, Salem, OR 97301. At all material times, R&J Mobility also conducted business operations out of premises located at 4938 Crater Lake Ave, Medford, OR 97504.

16. On or about February 20, 2020, Platte River issued auto dealer surety bond no. 41424636 relating to R&J Mobility's performance of its work as a licensed automobile dealer in Oregon, pursuant to ORS chapter 822.030 (the "Bond").

17. Platte River cancelled the Bond on or about September 9, 2022. The Oregon Department of Transportation received Platte River's Notice of Cancellation on or about September 16, 2022.

18. Platte River issued the Bond on behalf of R&J Mobility, as principal, payable to the State of Oregon, as obligee. The Bond had a penal sum of $50,000.00, and Platte River's liability to any and all claimants on the Bond is limited to that penal sum.

/ / /

Page 4    COMPLAINT

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

7769199.1

19. Claimants have asserted, or may assert, claims against the Bond, which, in the aggregate, exceed Platte River's obligations as surety under the Bond.

20. Upon information and belief, all of the claims asserted by the Claimants accrued, in whole or in part, during either the second period of bond coverage (February 20, 2021 to February 20, 2022), the third period of bond coverage (February 20, 2022 to September 16, 2022), or on a date after which Platte River ceased to be liable under the Bond.

21. Therefore, Platte River hereby makes available, under ORS 822.030, as limited by the same provision and ORS 822.030(3), limiting recovery by claimants other than consumers to an aggregate total of $10,000.00, subject to further order of this Court, the sum of $100,000.00, minus attorneys' fees, costs and disbursements incurred herein. This net sum shall be for the payment of such Claimant(s) who may establish their claims and may be entitled proportionately to share in the aggregate remaining penal limit of the Bond.

22. Pursuant to 28 U.S.C. §§ 1335 and 2361, it would be just and proper for the Court to exonerate and discharge Platte River upon tender of the Bond proceeds with respect to all of its obligations and liabilities as surety under said Bond, to require Claimants, and each of them, to interplead and settle amongst themselves their rights, if any, to the net penal limit of the Bond, and to enjoin and restrain Claimants, and each of them, from making any claims against Platte River on account of the Bond, or from filing or prosecuting any lawsuits against Platte River on the Bond, except in this interpleader action.

23. It would be just and proper to award Platte River out of the proceeds made available to this Court, Platte River's attorneys' fees, costs and disbursements incurred in the filing of and service of this lawsuit.

24. Platte River has no plain, speedy or adequate remedy at law.

Page 5    COMPLAINT

7769199.1

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

WHEREFORE, Platte River prays for relief as follows:

1. A judgment enjoining and restraining Claimants, and each of them, from filing or prosecuting suit or action against Platte River on account of its obligations under the Bond, except in this interpleader action;

2. A judgment declaring and determining the rights of Claimants and the validity of the claims under the Bond, and in the event the amount of said claims exceeds the penal limit of the Bond, appropriately prorating said amount among the claimants whose claims have been validated by this court;

3. A judgment exonerating and discharging Platte River with respect to all of its obligations or liabilities under the Bond on tender of the proceeds into the Court registry; and

4. A judgment awarding Platte River out of the funds made available to the Court, Platte River's costs and disbursements incurred herein, including filing, publication and service fees; and

5. For such other and further relief as the court deems equitable and just.

DATED this 15th day of August, 2023.

WILLIAMS, KASTNER & GIBBS PLLC

s/ Jackson Brannon
J. Jackson Brannon III, OSB #183143
Paul K. Friedrich, OSB #171695
Phone: (503) 228-7967
Fax: (503) 222-7261
jbrannon@williamskastner.com
pfriedrich@williamskastner.com

*Attorneys for Plaintiff Platte River Insurance Company*

Trial Attorney: Paul K. Friedrich, OSB#171695

Page 6   COMPLAINT

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

7769199.1