The Honorable Youlee Yim You

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NELLY AKEMI YAMAKAWA, an individual; MICHAEL STEPHEN STARNES, an individual; ROGUE VALLEY MANOR, an Oregon nonprofit corporation; NORTHWEST ADVENTIST FEDERAL CREDIT UNION, an Oregon credit union; MAGNUM DRYWALL, INC., a California corporation; DENNIS M. HILLS, an individual; JESSE MECHAM, an individual; STACEY MECHAM, an individual; VEROS CREDIT, LLC, a Nevada limited liability company; LOBEL FINANCIAL CORPORATION, a California corporation; DAWN HARRISON, an individual; JOHN HARRISON, an individual; INSPIRED CONNECTIONS TRANSPORT, LLC, an Oregon limited liability company; OREGON COMMUNITY CREDIT UNION, an Oregon credit union; FRANCIS GARY PALMER, an individual; CAROL MARIE PALMER, an individual; and OREGON STATE CREDIT UNION, an Oregon credit union.<br><br>　　　　　Defendants. | Case No. 3:23-cv-01189-YY<br><br>**LIMITED JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT NORTHWEST ADVENTIST FEDERAL CREDIT UNION**<br><br><br>CLERK'S ACTION REQUIRED |

Page 1 -  LIMITED JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT NORTHWEST ADVENTIST FEDERAL CREDIT UNION

7823049.1

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

Based upon Plaintiff's Notice of Voluntary Dismissal and the Court finding that there is no good reason for delay in entry of the judgment dismissing Defendant Northwest Adventist Federal Credit Union from the above-captioned action,

IT IS HEREBY ADJUDGED that plaintiff's claims against Defendant Northwest Adventist Federal Credit Union be dismissed with prejudice and that no party be awarded any fees and/or costs and disbursements incurred herein.

DATED: November 28, 2023.

_____
Youlee Yim You
United States Magistrate Judge

PRESENTED BY:

WILLIAMS, KASTNER & GIBBS PLLC

s/ Jackson Brannon
J. Jackson Brannon III, OSB #183143
Paul K. Friedrich, OSB #171695
Phone: (503) 228-7967
Fax: (503) 222-7261
jbrannon@williamskastner.com
pfriedrich@williamskastner.com
*Attorneys for Plaintiff Platte River Insurance Company*

Page 2 - LIMITED JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT NORTHWEST ADVENTIST FEDERAL CREDIT UNION

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

7823049.1