UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

PLATTE RIVER INSURANCE COMPANY,

Plaintiff,

vs.

NELLY AKEMI YAMAKAWA, an individual;
MICHAEL STEPHEN STARNES, an
individual; ROGUE VALLEY MANOR, an
Oregon nonprofit corporation; NORTHWEST
ADVENTIST FEDERAL CREDIT UNION, an
Oregon credit union; MAGNUM DRYWALL,
INC., a California corporation; DENNIS M.
HILLS, an individual; JESSE MECHAM, an
individual; STACEY MECHAM, an individual;
VEROS CREDIT, LLC, a Nevada limited
liability company; LOBEL FINANCIAL
CORPORATION, a California corporation;
DAWN HARRISON, an individual; JOHN
HARRISON, an individual; INSPIRED
CONNECTIONS TRANSPORT, LLC, an
Oregon limited liability company; OREGON
COMMUNITY CREDIT UNION, an Oregon
credit union; FRANCIS GARY PALMER, an
individual; CAROL MARIE PALMER, an
individual; and OREGON STATE CREDIT
UNION, an Oregon credit union.

Defendant(s)

Case No: 3:23-cv-01189-YY

ANSWER BY DEFENDANT
DENNIS M. HILLS TO
COMPLAINT IN
INTERPLEADER

Defendant, DENNIS M. HILLS , Answers the Complaint in Interpleader as follows:

1. Defendant, Dennis M. Hills, entered into a purchase agreement with R&J Mobility Service, LLC to acquire a 2016 Dodge Grand Caravan vehicle, (VIN: 2C4RDGCG8GR327551), for the total price of $19,000, on April 27, 2022.
2. Defendant, Dennis M. Hills, paid the total sum of $19.000 to R&J Mobility Service, LLC, on April 28, 2022, as payment in full.
3. R&J Mobility Service, LLC, neglected or refused, to transfer the title and ownership of the 2016 Dodge Grand Caravan vehicle, (VIN: 2C4RDGCG8GR327551) to Defendant, Dennis M. Hills.
4. The 2016 Dodge Grand Caravan vehicle, (VIN: 2C4RDGCG8GR327551), title was encumbered by a lien interest held by Chrysler Capital.

5. Defendant, Dennis M. Hills, was compelled to pay Chrysler Capital the sum of $4,351 to satisfy the lien amount and to secure a lien release document required in order to transfer ownership, on April 25, 2023.
6. The State of Oregon subsequently prepared and issued the title for the 2016 Dodge Grand Caravan vehicle, (VIN: 2C4RDGCG8GR327551), transferring ownership to Defendant, Dennis M. Hills.
7. The purchase agreement date, April 27, 2022, falls within the period of Bond coverage.
8. Defendant, Dennis M. Hills, asserts a claim against the Bond in the amount of $4,351, which represents the loss amount incurred.

WHEREFORE, Defendant, DENNIS M. HILLS, requests the following relief:

1. That the Court enter an order directing the Plaintiff to deposit its Bond limits into an account for subsequent distribution according to this courts direction.
2. That claims be entitled proportionately to share in the aggregate remaining penal limit of the Bond.
3. That the Court grant any further relief that the Court may deem just and fair.

Dated: February 26, 2024         Signature: _____
                                 DENNIS M. HILLS
                                 2856 SW Burlingame Avenue
                                 Troutdale, OR 97060
                                 Telephone: (503)984-4788
                                 fritzhillz@gmail.com