**J. Jackson Brannon III, OSB #183143**
jbrannon@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Phone: (503) 228-7967
Fax: (503) 222-7261

**Paul K. Friedrich, OSB #171695**
pfriedrich@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101
Phone: (206) 628-6600
Fax: (206) 628-6611

*Attorneys for Plaintiff Platte River Insurance Company*

The Honorable Youlee Yim You

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>NELLY AKEMI YAMAKAWA, an individual; MICHAEL STEPHEN STARNES, an individual; ROGUE VALLEY MANOR, an Oregon nonprofit corporation; NORTHWEST ADVENTIST FEDERAL CREDIT UNION, an Oregon credit union; MAGNUM DRYWALL, INC., a California corporation; DENNIS M. HILLS, an individual; JESSE MECHAM, an individual; STACEY MECHAM, an individual; VEROS CREDIT, LLC, a Nevada limited liability company; LOBEL FINANCIAL CORPORATION, a California corporation; DAWN HARRISON, an individual; JOHN HARRISON, an individual; INSPIRED CONNECTIONS TRANSPORT, LLC, an Oregon limited liability company; OREGON | Case No. 3:23-cv-01189-YY<br><br>**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS MAGNUM DRYWALL, INC. AND INSPIRED CONNECTIONS TRANSPORT, LLC** |

Page 1 -  PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS MAGNUM DRYWALL, INC. AND INSPIRED CONNECTIONS TRANSPORT, LLC

7867587.1

COMMUNITY CREDIT UNION, an Oregon credit union; FRANCIS GARY PALMER, an individual; CAROL MARIE PALMER, an individual; and OREGON STATE CREDIT UNION, an Oregon credit union.

        Defendants.

## I. MOTION

Pursuant to Fed. R. Civ. P. 55(b)(2), Plaintiff Platte River Insurance Company ("Platte River") hereby respectfully moves for a judgment by default against Defendants Magnum Drywall, Inc. ("Magnum Drywall") and Inspired Connections Transport, LLC ("Inspired Connections") (collectively "Defendants").

In support of this Motion, Platte River relies upon the court file, the Declaration of J. Jackson Brannon III ("Brannon Decl.") and the exhibits attached thereto, and the following legal memorandum.

## II. LOCAL RULE 7.1 CERTIFICATION

In accordance with Local Rule 7.1, counsel for Platte River certifies that Defendants failed to appear in this case personally or by a representative, and that the Clerk of Court entered a default against these Defendants on March 20, 2024. Accordingly, neither of the Defendants was provided with notice of this motion.

## III. SUPPORTING MEMORANDA

Platte River named Magnum Drywall and Inspired Connections as defendants in this action because they asserted claims against auto dealer surety bond no. 41424636 (the "Bond"), which Platte River, as surety, issued to R&J Mobility Service, LLC, as principal, payable to the State of Oregon, as obligee, in accordance with ORS 822.030.

/ / /

Page 2 -   PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS MAGNUM DRYWALL, INC. AND INSPIRED CONNECTIONS TRANSPORT, LLC

7867587.1

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

Federal Rule of Civil Procedure 55(b) provides, in relevant part:

**(b) Entering a Default Judgment.**

(2) *By the Court.* In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing.

Platte River is entitled to a default judgment against Defendants because they failed to appear personally or by a representative after waiving service of the Summons and Complaint in accordance with Fed. R. Civ. P. 4(d). On November 1, 2023, Platte River filed a Waiver of Service of Summons signed by Magnum Drywall (Dkt. # 23). *Brannon Decl.*, ¶ 2. On November 28, 2023, Platte River filed a Waiver of Service of Summons signed by Inspired Connections (Dkt. # 28). *Brannon Decl.,* ¶ 3. Defendants failed to appear at any time thereafter, and the Court entered default against them on March 20, 2024. *Brannon Decl.,* ¶ 4.

By virtue of Defendants' failure to appear and the Court's entry of a default, under Fed. R. Civ. P. 55(b)(2) Platte River is entitled to a default judgment against them. Additionally, both defendants are business entities. *Brannon Decl.,* ¶ 5. As such, neither defendant is a minor or an incompetent person, nor is either defendant actively enlisted in the United States military. *Id.*

/ / /

/ / /

/ / /

/ / /

/ / /

Page 3 -   PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANTS MAGNUM DRYWALL, INC.
AND INSPIRED CONNECTIONS TRANSPORT, LLC

7867587.1

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

For all of these reasons, Platte River requests the Court enter the proposed default judgment, a copy of which is attached to the Declaration of J. Jackson Brannon III as <u>Exhibit A</u>.

DATED this 12th day of April, 2024.

                WILLIAMS, KASTNER & GIBBS PLLC

                */s/ J. Jackson Brannon*
                J. Jackson Brannon III, OSB #183143
                Paul K. Friedrich, OSB #171695
                Phone:  (503) 228-7967
                Fax:  (503) 222-7261
                jbrannon@williamskastner.com
                pfriedrich@williamskastner.com

                *Attorneys for Plaintiff Platte River Insurance Company*

                Trial Attorney: Paul K. Friedrich, OSB #171695

Page 4 - PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS MAGNUM DRYWALL, INC. AND INSPIRED CONNECTIONS TRANSPORT, LLC

7867587.1

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all current counsel of record.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 12, 2024 at Portland, Oregon.

                                            */s/ J. Jackson Brannon*
                                            J. Jackson Brannon, III, OSB #183143
                                            *Attorneys for Plaintiff Platte River Insurance Company*

Page 1 -   CERTIFICATE OF SERVICE

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

7867587.1