**J. Jackson Brannon III, OSB #183143**
jbrannon@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Phone: (503) 228-7967
Fax: (503) 222-7261

**Paul K. Friedrich, OSB #171695**
pfriedrich@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101
Phone: (206) 628-6600
Fax: (206) 628-6611

*Attorneys for Plaintiff Platte River Insurance Company*

The Honorable Youlee Yim You

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>NELLY AKEMI YAMAKAWA, an individual; MICHAEL STEPHEN STARNES, an individual; ROGUE VALLEY MANOR, an Oregon nonprofit corporation; NORTHWEST ADVENTIST FEDERAL CREDIT UNION, an Oregon credit union; MAGNUM DRYWALL, INC., a California corporation; DENNIS M. HILLS, an individual; JESSE MECHAM, an individual; STACEY MECHAM, an individual; VEROS CREDIT, LLC, a Nevada limited liability company; LOBEL FINANCIAL CORPORATION, a California corporation; DAWN HARRISON, an individual; JOHN HARRISON, an individual; INSPIRED CONNECTIONS TRANSPORT, LLC, an Oregon limited liability company; OREGON | Case No. 3:23-cv-01189-YY<br><br>**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DAWN HARRISON AND JOHN HARRISON** |

Page 1 -   PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DAWN HARRISON AND JOHN HARRISON

7881402.1

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

COMMUNITY CREDIT UNION, an Oregon credit union; FRANCIS GARY PALMER, an individual; CAROL MARIE PALMER, an individual; and OREGON STATE CREDIT UNION, an Oregon credit union.

       Defendants.

## I. MOTION

Pursuant to Fed. R. Civ. P. 55(b)(2), Plaintiff Platte River Insurance Company ("Platte River") hereby respectfully moves for a judgment by default against defendants Dawn Harrison and John Harrison (collectively "Defendants").

In support of this Motion, Platte River relies upon the court file, the Declaration of J. Jackson Brannon III ("Brannon Decl.") and the exhibits attached thereto, and the following legal memorandum.

## II. LOCAL RULE 7.1 CERTIFICATION

In accordance with Local Rule 7.1, counsel for Platte River certifies that Defendants failed to appear in this case personally or by a representative, and that the Clerk of Court entered a default against these Defendants on April 4, 2024. Accordingly, neither of the Defendants was provided with notice of this motion.

## III. SUPPORTING MEMORANDA

Platte River named Dawn Harrison and John Harrison as defendants in this action because they asserted a claim against auto dealer surety bond no. 41424636 (the "Bond"), which Platte River, as surety, issued to R&J Mobility Service, LLC, as principal, payable to the State of Oregon, as obligee, in accordance with ORS 822.030.

Federal Rule of Civil Procedure 55(b) provides, in relevant part:

/ / /

Page 2 - PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DAWN HARRISON AND JOHN HARRISON

7881402.1

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

**(b) Entering a Default Judgment.**

(2) *By the Court*. In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing.

Defendants were properly served with Summons and Complaint on November 6, 2023. *Brannon Decl.*, ¶ 2. On February 16, 2024, Platte River filed the Affidavits of Service on the Defendants with the Court (Dkt. 38 and 39). *Brannon Decl.,* ¶ 3. Defendants failed to appear at any time thereafter, and the Court entered default against them on April 4, 2024. *Brannon Decl.,* ¶ 4.

By virtue of Defendants' failure to appear and the Court's entry of a default, under Fed. R. Civ. P. 55(b)(2) Platte River is entitled to a default judgment against them. Neither defendant is a minor or an incompetent person, nor is either defendant actively enlisted in the United States military. *Brannon Decl.,* ¶¶ 5-6, Ex. A.

For all of these reasons, Platte River requests the Court enter the proposed default judgment, a copy of which is attached to the Declaration of J. Jackson Brannon III as <u>Exhibit B</u>.

DATED this 12th day of April, 2024.

                WILLIAMS, KASTNER & GIBBS PLLC

                */s/ J. Jackson Brannon*
                J. Jackson Brannon III, OSB #183143
                Paul K. Friedrich, OSB #171695
                Phone: (503) 228-7967
                jbrannon@williamskastner.com
                pfriedrich@williamskastner.com
                *Attorneys for Plaintiff Platte River Insurance Company*

                Trial Attorney: Paul K. Friedrich, OSB #171695

Page 3 -   PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DAWN HARRISON AND JOHN HARRISON

7881402.1

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all current counsel of record.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 12, 2024 at Portland, Oregon.

*/s/ J. Jackson Brannon*
J. Jackson Brannon, III, OSB #183143
*Attorneys for Plaintiff Platte River Insurance Company*

Page 1 -   CERTIFICATE OF SERVICE

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

7881402.1