**Paul K. Friedrich, OSB #171695**
**pfriedrich@williamskastner.com**
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101
Phone: (206) 628-6600
Fax: (206) 628-6611

*Attorneys for Plaintiff Platte River Insurance Company*

The Honorable Youlee Yim You

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NELLY AKEMI YAMAKAWA, an individual; MICHAEL STEPHEN STARNES, an individual; ROGUE VALLEY MANOR, an Oregon nonprofit corporation; NORTHWEST ADVENTIST FEDERAL CREDIT UNION, an Oregon credit union; MAGNUM DRYWALL, INC., a California corporation; DENNIS M. HILLS, an individual; JESSE MECHAM, an individual; STACEY MECHAM, an individual; VEROS CREDIT, LLC, a Nevada limited liability company; LOBEL FINANCIAL CORPORATION, a California corporation; DAWN HARRISON, an individual; JOHN HARRISON, an individual; INSPIRED CONNECTIONS TRANSPORT, LLC, an Oregon limited liability company; OREGON COMMUNITY CREDIT UNION, an Oregon credit union; FRANCIS GARY PALMER, an individual; CAROL MARIE PALMER, an individual; and OREGON STATE CREDIT UNION, an Oregon credit union.<br><br>Defendants. | Case No. 3:23-cv-01189-YY<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER AUTHORIZING DEPOSIT OF BOND PROCEEDS INTO AN INTEREST-BEARING ACCOUNT** |

Page 1 -  ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR AN ORDER AUTHORIZING DEPOSIT OF BOND
PROCEEDS INTO AN INTEREST-BEARING ACCOUNT

Friedrich & Dishaw, PLLC
92 Lenora Street, Suite 119
Seattle, Washington 98121
Tel: (206) 360-7655

## ORDER

THIS MATTER having come on oral argument before the undersigned upon Platte River Insurance Company's ("Platte River") Unopposed Motion for an Order Authorizing Deposit of Bond Proceeds into an Interest-Bearing Account,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to to Federal Rule of Civil Procedure 67 and in accordance with Platte River's Motion for an Order Authorizing Deposit of Bond Proceeds into an Interest-Bearing Account, the Clerk of Court is hereby ORDERED to accept a cashier's check or a certified check, payable to the Clerk, U.S. District Court, in the amount of $100,000.00, representing Platte River's auto dealer surety bond no. 41424636 (the "Bond").

IT IS FURTHER ORDERED that these monies be deposited by the Clerk of Court into the Registry of this Court and then, as soon as the business of the Clerk's Office allows, the Clerk of Court shall deposit these funds into the interest-bearing Disputed Ownership Fund ("DOF") within the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

Pursuant to Standing Order No. 2016-11, a DOF fee for the management of investments and tax administration shall be deducted from the interest earnings on the funds deposited with the Court.

IT IS FURTHER ORDERED that the sum of money so invested in the interest-bearing DOF fund shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk of Court and re-deposited into the non-interest-bearing Registry Fund of the Court for disposition pursuant to further order of the Court.

Page 2 -   ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
           FOR AN ORDER AUTHORIZING DEPOSIT OF BOND
           PROCEEDS INTO AN INTEREST-BEARING ACCOUNT

Friedrich & Dishaw, PLLC
92 Lenora Street, Suite 119
Seattle, Washington 98121
Tel: (206) 360-7655

  The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to LR 67-2.

  The Clerk of Court is absolved of any liability by compliance with this Order.

  It shall be counsel's responsibility to serve a copy of this order personally to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendants shall litigate among themselves their respective rights to the proceeds of the Bond and that the funds shall not be disbursed without further order of the Court.

  IT IS SO ORDERED.

DATED this __10__ day of __May__, 2024.

*Youlee Yim You*
THE HONORABLE YOULEE YIM YOU
UNITED STATES MAGISTRATE JUDGE

---

**For Court Use Only**

**APPROVED AS TO FORM:**
Melissa Aubin, Clerk of Court

*Renee McDaniel*
By: Financial Administrator

Page 3 -   ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
    FOR AN ORDER AUTHORIZING DEPOSIT OF BOND
    PROCEEDS INTO AN INTEREST-BEARING ACCOUNT

Friedrich & Dishaw, PLLC
92 Lenora Street, Suite 119
Seattle, Washington 98121
Tel: (206) 360-7655